RECEIVED
APR 10 2014
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| MARLIN E. JONES, <br> 302 6th Street <br> Glen Haven Home Rm. 236 <br> Glenwood, Iowa 51534 <br><br> Plaintiff, <br><br> VS <br><br> GLEN HAVEN HOME <br> 302 6th Street <br> Glenwood, Iowa 51534 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO_____ <br><br><br> COMPLAINT |

COMES NOW THE Plaintiff and states that this cause of action is brought under the Federal Rule regarding call lights. It is found under Rule F463, §483.70(f) and §483.25.

## JURISDICTION

1. The Plaintiff, Marlin E. Jones, is a citizen of Iowa and a resident of Glenwood, Iowa.

2. The Defendant, Glen Haven Home, owns and operates a business know as Glen Haven Home, located at Glenwood, Iowa.

## COUNT 1

3. While the Plaintiff was residing on the premises of the Defendant, Glen Haven Home became distressed on or about 1:30PM on May 29, 2013 and needed to initiate the red call light for the purpose of obtaining assistance in having a bowel movement.

4. The Plaintiff, being confined to a wheelchair, called from his bedroom for assistance particularly due to the handicap, it

would require a lift and 2 employes to operate it. According to Iowa Rule 481 Chapter58.18(4), the facility should have responded within 15 minutes but they never did. Needless to say, my pants were loaded with "stool" having to wait an additional 45 minutes before anyone arrived at the scene.

5. It is my belief that my constitution and legal rights have been seriously violated and all Federal Rules as referenced here in this matter. In part, the Federal Rules were violated because the Plaintiff was not provided as a resident, equipment in the nurses' station to receive the Plaintiff's call, as required under Rule F463§483.70(f) (1) Resident rooms

6. In addition to the above violation, the Plaintiff was denied the necessary care and service to maintain the highest practicable physical, mental and psychosocial well-being in accordance with the comprehensive assessment and plan.

## PRAYER FOR DAMAGES

&. As the unconscionable and inconceivable acts committed against the Plaintiff by the negligent and willful abuse, caused him to suffer emotional distress, mental anguish with pain and suffering, all of which will be a lasting humiliation for the Plaintiff while he was seeking assistance and attempting to avoid embarassment and a terrible disgrace. In the event that I will be granted counsel, I leave the decision for damage amounts to him. My personal opinion in this matter, punitive damages should be awarded to the Plaintiff in the amount of $1,000,000 dollars.

Respectfully submitted,

*Marlin E. Jones*

Marlin E. Jones, Plaintiff

Page 2