

RECEIVED
JUN 2 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | CASE NO. !:14cv-00010-SMR-RAW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | RESPONSE |
| GLEN HAVEN HOME, | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff and in accordance with the Court Order, allowing a response until 6-6-2014, I shall proceed, to follow.

1. In reference to Paragraph (2) of my Motion For Summary Judgment, I submit information in support of the motion, by attaching an Exhibit No. (1) as a packet.

2. Opposing counsel argues in his Brief that his client, Glen Haven should not be required to defend the same suit in two separate jurisdictions, and also that the District Court For Mills County, Iowa has jurisdiction. The Plaintiff, vehemently takes offense for the fact that his client, Glen Haven violated the Federal Rules relating to call lights and the subsequent treatment of the Plaintiff, therefore, the Federal Court has the appropiate jurisdiction to hear this case and render judgment. In my opinion, the damages should be determined as compensation for the purpose of relieving the Plaintiff of the gross and the dirty experience that I was subjected to due to the negligence and willful malice employed by the Defendant.

3.  Punitive damages should also be assessed against the Defendant because they need to be taught a lesson especially when they refused to take an action to my filing of a Motion, titled Request Of Court To Allow Additional Evidence.  See attached Exhibit (6).  I filed the orginal complaint on July 29. 2013 and now this violation occurred just 8 days later on August 6, 2013.  I filed the Complaint on August 14, 2013 and it has never been ruled upon.

4.  Request of Court to submit my offer to settle out of Court since opposing Counsel, Patrick Vipond, refused to acknowledge the offer.  This motion was filed on Nov. 1, 2013.  See Exhibit 7 including Request For Additional Time which was granted. It is obvious that Vipond did not submit it to his client because I did not receive any response to the offer, which would have been an honorable and just settlement, for both parties.

5. For the Court's consideration, I pled in the original Complaint for damages in the amount of $150,000.00 plus punitive damages determined by the Court. If this matter goes to trial, then my previous offer will be withdrawn.

6.  Finally, I have submitted my arguments the best I know how, not being an attorney.  I didn't have an attorney or know the law or how to pursue it.  But that doesn't change the damage done to me as citizen, but without money, it is impossible to expect any justice.  I have told you the truth but you will honor your kind, for your own satisfaction and deprive me of my rights as a citizen,

Page 2 of 2        *Marlin E. Jones*

RAW Document



Marlin E. Jones
302 6th St Rm 236
Glen Haven Home
Glenwood, Iowa 51534

X-RAYED & CLEARED BY U.S.M.S.

Clerk, United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa 50306-9344